**Order entered January 30, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00887-CV

### THE HOLMES BUILDERS AT CASTLE HILLS, LTD. AND THBGP, INC., Appellants

### V.

### ALFRED H. GORDON AND LAWANDA P. GORDON, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-00364**

## ORDER

Before the Court is appellees' January 26, 2017 motion for extension of time to file appellees' brief. We **GRANT** appellees' motion.

We **ORDER** appellees to file the brief no later than March 31, 2017.

/s/    CRAIG STODDART
JUSTICE